# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

Case No. 23-mc-51500

In re Jermaine Rooks

Judith E. Levy
United States District Judge

Mag. Judge David R. Grand

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On October 16, 2023, Jermaine Rooks filed a "notice and lawful demand for proof of claim of debt owed and right of rescission re mortgage loan note 7602313308." (ECF No. 1.) The document is titled "Affidavit of Truth Proof of Claim," and is addressed to Rushmore Loan Management Services LLC, of 15480 Laguna Canyon Rd, Suite 100, Irvine, CA 92618. (*Id.* at PageID.1.) Mr. Rooks' filing opened a new miscellaneous case.

It is unclear what Mr. Rooks is seeking from the Court. "Miscellaneous case numbers are for filing documents not related to a pending case or proceeding, including: Petitions to Quash or Enforce Subpoenas; Registration of Judgments from outside this District;

Registration of Power of Attorney; and, Letters of Rogatory." *Lucas v. Home Depot*, 15-mc-50513, 2016 WL 6995737, at *1 (E.D. Mich. Nov. 30, 2016). Mr. Rooks' document is not addressed to the Court and does not indicate that it is a motion or a complaint.

For the reasons set forth above, it is ordered that this miscellaneous case be dismissed without prejudice. Mr. Rooks may refile his case as a complaint on the civil docket if he wishes to pursue relief from the Court.

IT IS SO ORDERED.

Dated: November 1, 2023            s/Judith E. Levy
Ann Arbor, Michigan                JUDITH E. LEVY
                                   United States District Judge

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 1, 2023.

                                   s/William Barkholz
                                   WILLIAM BARKHOLZ
                                   Case Manager

2